Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of New York

_____ Division

Case No. 24 CV 1212 -V

(to be filled in by the Clerk's Office)

JAMAHL CLARKE

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.) ① CO, John doe @CO John
doe @CO John Doe

CO H, Sgt P, CO L, CO, Si, COsp
nurse Jane doe, superintendent
nurse John doe, dept of security
RN- Jane doe @CO John doe @
CO John DOE, Defendant(s) @CO John Doe@ John

-v-

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

doe
John
Doe
Sgt. John
Doe

UNITED STATES DISTRICT COURT
FILED
DEC 9 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)    JAMAhL CLARKE, 14A3035

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    ~~JAMAHLDoe~~ CLARKE

All other names by which you have been known:    N/A

ID Number    14A3035

Current Institution    GREEN HAVEN

Address    P.O. Box 4000
Storm v. ille N.Y. 12582-4000

City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    John Doe #1

Job or Title *(if known)*    CO.

Shield Number    N/A

Employer    Wende C.F

Address    Wende Rd. P.O. Box 1187
Alden    New York 14004-1187

City    State    Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Sgt P

Job or Title *(if known)*    Sgt

Shield Number    N/A

Employer    Wende C.F

Address    Wende Rd. P.O. Box 1187
Alden    New York 14004-1187

City    State    Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 3
    Name                      John Doe #2
    Job or Title *(if known)*      CO
    Shield Number           N/A
    Employer                 Wende C.F
    Address                  Wende Rd., P.O. Box 1187
                              Alden  New York  14004-1187
                              *City*       *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                      John Doe #3
    Job or Title *(if known)*      CO
    Shield Number           N/A
    Employer                 Wende C.F.
    Address                  Wende Rd. P.O. Box 1187
                              Alden  New York  14004-1187
                              *City*       *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, 14th① Amend  Freedom to petition the government,
② Excessive force cruel and unusual clause
③ Equal Protection Clause under the 14th Amend for
Discrimination against me and Retaliation for filing Grievances

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you and Com- are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal Plaints, officials?

Defendent No 5

Name   John Doe #4        Individual Capacity
Job or title    C.O              and
Shield Number   N/A          Offical Capacity
Employer     Wende C.F
Address     Wende Rd, P.O. Box 1187
              Alden, New York, 14004-1187


Defendent No 6.

Name   John Doe #5        Individual Capacity
Job or title   C.O              and
Shield Number   N/A          Offical Capacity
Employer   Wende C.F
Address   Wende Rd, P.O. Box 1187
            Alden, New York, 14004-1187


Defendent No 7.

Name   John Doe #6        Individual Capacity
Job or title   C.O              and
Shield Number   N/A          Offical Capacity
Employer   Wende C.F
Address   Wende Rd, P.O. Box 1187
            Alden, New York, 14004-1187

Defendent No 8

Name John Doe # 7          Individual Capacity
Job or title C.O                    and
Shield Number N/A          Official Capacity
Employer Wende C.F
Address  Wende Rd, P.O. Box 1187
              Alden, New York, 14004-1187


Defendent No 9
Name John Doe #8          Individual Capacity
Job or title C.O.                  and
Shield Number N/A          Official Capacity
Employer Wende C.F
Address Wende R. d, P.O. Box 1187
              Alden, New York, 14004-1187


Defendent No 10
Name CO H                     Individual Capacity
Job or title CO                   and
Shield Nomber N/A          Official Capacity
Employer Wende C.F Rd, P.O. Box 1187
Address Wende Alden, New York, 14004-1187

Defendent No 11

Name CO L

Job or title CO

Shield Number N/A

Employer Wende C.F

Address Wende Rd, P.O. Box 1187

Alden, New York. 14004-1187

Individual Capacity

and

official Capacity

Defendent No 12

Name CO Si

Job or title CO

Shield Number N/A

Employer Wende C.F

Address Wende Rd, P.O. Box 1187

Alden, New York. 14004-1187

Individual Capacity

and

official Capacity

Defendent No 13

Name CO Sp

Job or title CO

Shield Number N/A

Employer Wende C.F

Address Wende Rd, P.O. Box 1187

Alden, New York. 14004-1187

Individual Capacity

and

official Capacity

Defendent No 14                    Individual Capacity
Name Jane Doe                      and
Job or title Nurse #1             Official Capacity
Shield N/A
Employer Wende C.F.
Address Wende Rd, P.O. Box 1187
            Alden, New York. 14004-1187


Defendent No 15                    Individual Capacity
Name Jane Doe                      and
Job or title Nurse RN #3          Official Capacity
Shield N/A
Employer Wende C.F.
Address Wende Rd, P.O. Box 1187
            Alden, New York. 14004-1187


Defendent No 16                    Individual Capacity
Name John Doe                      and
Job or title Nurse #2             Official Capacity
Shield N/A
Employer Wende C.F
Address      Wende Rd, P.O. Box 1187
            Alden, New York. 14004-1187

Defendent No 17                                    Individual Capacity
Name dept of Security                                      and
Job or title Dept of security        Official Capacity
shield   N/A
Employer  Wende C.F
Address   Wende, Rd, P.O. Box 1187
          Alden, New York. 14004-1187


Defendent No 18                         Individual Capacity
Name superintendent                            and
Job or title Superintendent     Official Capacity
Shield N/A
Employer  Wende C.F
Address   Wende, Rd, P.O. Box 1187
          Alden, New York 14004-1187


Defendent No 19                      Individual Capacity
                                            and
Name Sgt John Doe                    Official Capacity
Job or title Sgt
Shield N/A
Employer  Wende C.F
Address   Wende Rd, P.O. Box 1187
          Alden, New York. 14004-1187

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

This incident happened within Wende C.F. within the Double ICP area within the MHU building on the second level by the COs bobble towards the stairwell going down the stairs and within the two gates to B-block C-block.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur? This happened on December 17, 2021, at approximately 9:00 am Rec run to the outside Yard.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The facts underlying this Claim is I was Excessively assaulted and factually wounded by at least 13 security personal in which, medical denied me medical attention not once but twice within the date of December 17, 2021 at approximately 9:20 am and also at approximately 5:30 pm when I couldn't move within the Cell with the SHU area where I was being held

continue →

**V.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I only received pain medication that didn't work and still is not working at all they did no Physical theraphy at all, and on August 18, 2024 I received surgery on my Back in which was the resulted effect and sustained injury, also my Knee is damaged, my elbows as well, and I have Permenant damage to my head. Which still have not been no treatment for these damages.

**VI.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. For the permenant back enpairment I asking 4 million dollars, for the injuries to my head 1 million dollars, to the injuries to my Knee and elbows and hand and ankles 1 million dollars. A Total of 6 million dollars which is the actual damage and I'm asking 3 million dollars in punitive damages which I have permenant head trauma, and permenant mental Health damages as well. With actual damages and punitive damages a total of 9 million dollars

# Relief

① Five hundred thousand dollars ($500,000) in Compensatory damages and Five hundred thousand dollars ($500,000) in punitive damages in punitive damages individually From defendant John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, CO H

② One million dollars ($1,000,000.00) pain and suffering and One million dollars ($1,000,000.00) in Mental Anguish damages individually From Defendant's John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, CO H

③ Three hundred and Sixteen thousand for each Defendant in this Complaint Civil Action Individually and officially within thier Capacity.

11

On December 17, 2021 at approximately 9:00 my cell was open for Recreation to the Outside Yard as I approaced the gate, I walk pass the bubble in which we are told to wait so the people within A + D block comes out First, two other prisoners was behind me who was Thomas 21B1178 and cell #3 on b-block company, we show officers running throw the stair case door, we all turned around walking back towards B-block and C-block the CO came out the bubble and tackled me to the ground, I believe his name is CO H. Once on the ground three other CO's who came running threw the door CO John doe #1 first defendant, lock his elbows and started useing his Elbows locked pounding on my head Continually, CO John doe #2 two started kicking and stomping on my Back Continually, CO John doe #3 started twisting my ankles as to break my ankles one by one he twisted each ankle in which I couldn't walk after the beaten, CO John doe # 4 was twisting my hands and arm in a serious aggressive way.

John doe #4 was one of the other officers who came out the bubble. Sgt P who I believe is Sgt Phonoa who came on the seen while I was still being beaten by these 5 CO's in which the one who tackled me to the floor CO H started pounching me continually in the face while on the ground. I was then picked up forcefully by CO John doe #1 who was the one with the locked elbows continually hammering my head with his elbows Continually, I was yelling what is this about and why are you all doing this to me, I was then also picked up by CO John doe #2 who was kicking and stomping on my back area, John doe #3 who twisted my ankles also helped while John doe #4 who was twisting my arms and hand helped CO H off the ground. I was Placed on the wall by CO John doe #1, 2, 3 and John doe #1 had pressure on my back area Placed against the wall because I was falling to the ground. While on the ground I believe I black out, while yelling "why" my wards was very slurred.

While on the wall John doe # 2 and # 3
had my arms pend to the wall while John
doe # 1 applied pressure to my back while I
was not able to stand up. Sgt P came and started
to slam my head into the wall. Inmate Thomas
21 B 1178 and cell # 3 who testified at the hear-
ing was standing at the gate on B-block watch-
ing the whole attack by CO H, CO John doe
# 1, 2, 3, and 4, and Sgt P. They then cuffed me
and CO H, John doe 1 and 2 had me by the
cuffs, and CO John doe # 3 and 4 took hold of
my legs and CO # 5 and # 6 also took hold of
my body then they proceeded to the staircase
and once throw the door Sgt P told them to
Drop me in which to throw me down the stairs
in which I was able to turn my body to not get
thrown on my face and landed on my side and
part of my back in which the cuffs and hands hit
the floor hard and I was on my side and I was
again absaulted with pounches and kicks and CO
# 7 and 8 which is also John does rained kicks
and pounches as well.

I was then picked up off the floor after the Second beaten by the staircase out of the views of other I/I's within the Double ICP area within the second level of the MHU building. I was then put into a lock by CO John doe# 1, 3, 5 and they held me up to walk to the hospital in which I was Placed on the floor. The Nurse came in which was Nurse RN who denied me medical treatment I was Placed in a wheel chair and wheeled to the box by CO# 1 and 8 who is also John does. I was then taking to the Unit SHU in which I was placed in a cell with no mattress or anything within the SHU cell. At approximately 5:00pm other I/I's started calling for emergency sick call in which was at approximately 5:00pm. At approximately 5:30 pm the CO's who worked the gallery dragged me out the cell and I was put on a gurney and tooking to medical and Nurse Jane doe and John doe looked at me and said that he is OK after they checked my feet with some Kind of thing that racked my feet and it was done very hard in which my feet hurt for days after.

Then I was escorted back to the door and the CO' John doe who I didn't put in the complaint, pend my head to the gurney all the way to OBS and I never ever mention anything about being suicidal or homicidal. The CO John doe who pend my head to the gurney, holding it down with a lot of pressure kept saying your waisting our time within this bull----, I was then escorted and then stripped of my clothes and was kept in OBS for about a week.

The Superintendent and the dept of security was put on notice about these incidents on many occasions In which they failed to Protect me from any harm or future harms. Retaliation, Grievance Protected Act, 8th Amendment - Excessive force, 8th Amendment Failure to intervene, and medical denial.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *I was at Wende C.F. Wende Rd P.O. Box 1187, Alden, New York, 14004-1187 within the MHU building on the second level of the Double ICP area between B·block and C Block and in the Stairwell.*

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? *The whole incident is covered within my grievance complaint about this incident and it was appealed all the way through Grievance # WDE-0669-21, CORC*

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance: Wende C.F. IGRC within the facility,

1.    Where did you file the grievance? I filed it in SHU while being held for the hearing.

2.    What did you claim in your grievance? I claimed the excessive force used and denied medical Attention within Wende and other things I went thru after the assault by a number of CO's and Sgt.

3.    What was the result, if any? Nothing was done and they denied all stated facts within the complaint and fabricated the Reports and falsified documentation in which to weaponize my mental Health against me to Justify their actions.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The grievance is completed and a Copy is sent with this 1983 petition to show that my Administrative Remedies was completed procedurally.

F.    If you did not file a grievance:    *N/A*

    1.    If there are any reasons why you did not file a grievance, state them here:

            *N/A*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

            *N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.    *See Exhibit - A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    *N/A*
    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    *N/A*

3.  Docket or index number
    *N/A*

4.  Name of Judge assigned to your case
    *N/A*

5.  Approximate date of filing lawsuit
    *N/A*

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.    *N/A*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *N/A*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    *N/A*

☐ Yes

☐ No

*N/A*

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____ *N/A* _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ *N/A* _____

3.  Docket or index number _____ *N/A* _____

4.  Name of Judge assigned to your case _____ *N/A* _____

5.  Approximate date of filing lawsuit _____ *N/A* _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No    *N/A*

    If no, give the approximate date of disposition _____

7.  What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

    _____ *N/A* _____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11/25/24

Signature of Plaintiff   *Jamahl Clarke*
Printed Name of Plaintiff   JAMAHL CLARKE
Prison Identification #   14A3035
Prison Address   Green haven C.F. 594 ROUTE 216
Stormville,   N.Y.   12582
City   State   Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City   State   Zip Code

Telephone Number
E-mail Address

*Clarke, J (14A3035)*      *Green Haven*

| NEW YORK STATE Corrections and Community Supervision | Grievance Number WDE-0659-21 | | Desig./Code I/49 | Date Filed 12/29/21 |
|---|---|---|---|---|
| | Associated Cases | | | Hearing Date 05/26/22 |
| KATHY HOCHUL    ANTHONY J. ANNUCCI | Facility Wende Correctional Facility | | | |
| INCARCERATED GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Assaulted By Security Staff | | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted in part. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was involved in a documented Unusual Incident (UI) and Use of Force (UOF) on 12/17/21 at approximately 9:15am after refusing to comply with a pat frisk following an altercation with another incarcerated individual and assaulting staff. It is noted that during the UI/UOF the grievant was observed removing a can lid from their waistband and attempting to slide it under a garbage can on the gallery. CO H... denies assaulting the grievant and indicates that only the amount of force necessary to gain the grievant's compliance was used. In addition, it is noted that the grievant refused to be evaluated by medical staff following the incident and no visible injuries were noted. CORC further notes that Lt. P..., formerly Sgt. P..., denies retaliating against the grievant, directing or conspiring with staff to assault the grievant, or making any inappropriate comments. CO's L... and P... deny assaulting the grievant or witnessing same, and CO's Si... and Sp... deny threatening the grievant. In addition, CO Si... denies having any interaction with the grievant on 12/17/21 or 12/22/21 and CO Sp... denies falsifying any documentation.

CORC further notes that the grievant was subsequently seen at emergency sick call at approximately 5:25pm on 12/17/21 after they began breathing erratically. They were assessed by nursing staff, their vital signs were within normal limits except for a slightly elevated heart rate, they were responsive to a sternal rub, their breathing was noted to return to a normal rate and rhythm, and no visible injuries were noted. It is noted that the encounter was terminated after the grievant started yelling and refused to calm down so that any further assessment could be completed, and that staff deny witnessing the RN making inappropriate comments. CORC also notes that the grievant was placed on an observation watch from 12/17/21-12/22/21 as authorized by OMH staff after the grievant indicated they were suicidal and homicidal. It is noted that the grievant's witness was interviewed, however, the allegations remain unsubstantiated. CORC has not been presented with sufficient evidence to substantiate retaliation, conspiracy or malfeasance by staff.

CORC notes that the grievant was issued a Tier III MBR as a result of their actions on 12/17/21, which was modified upon appeal by the Office of Special Housing/Incarcerated Individual Disciplinary Programs on 2/11/22. CORC asserts that the disciplinary appeal mechanism afforded the grievant with an opportunity to remedy any factual or procedural errors, and that the grievance program to be used as an additional or secondary appeal mechanism for a MBR.

CORC asserts that the grievance program is not intended to support an adversary process, and upholds the discretion of the facility administration to determine when to review video or audio recordings for grievance investigations. Further, CORC asserts that Correction Law grants DOCCS the discretion to transfer incarcerated individuals between its correctional facilities and that incarcerated individuals are not entitled to house where they choose. In addition, any person whose application to inspect or obtain a copy of a department record has been denied in whole or in part (including deletions) may, within thirty (30) days of such denial, appeal to the Department's Counsel.

With respect to the grievant's appeal, CORC notes that their 12/17/21 assault allegations are currently being investigated by the Office of Special Investigations (OSI) and advises them to address any further concerns regarding this matter directly to OSI. CORC also notes that they have since been transferred.

MXV/ras

------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------

This document has been electronically signed by Rachael A. Seguin

JS 44  (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jamahl Clarke

**DEFENDANTS**
John Doe-1 , et al.

**(b)** County of Residence of First Listed Plaintiff  Dutches CO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  Pro Se
Jamahl Clarke, 14A3D35
Green Haven Corr. Fac., P.O. Box 4000
Stormville, N.Y. 12582

Attorneys *(If Known)*

24 CV 1212

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | **PERSONAL INJURY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 365 Personal Injury - Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☒ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |
| | | ☐ 540 Mandamus & Other | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  Civil Rights Action- 42 U.S.C. § 1983
Brief description of cause:  Excessive Physical force, denial of medical

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 9million

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE  11/25/24

SIGNATURE OF ATTORNEY OF RECORD  Jamahl Clarke  Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #              AMOUNT              APPLYING IFP              JUDGE              MAG. JUDGE  HKS



Jamahl Clarke 14A3035
Green haven Correctional Facility
594 Rt 216
Stormville, New York 12582

Urgent
Legal
Mail

United States District Court Clerk
200 U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3498

BUFFALO
DEC - 9 2024

NEOPOST
12/03/2024
US POSTAGE $001.21°
ZIP 12582
041M11466608

HAVEN
FACILITY